UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| RAHILA KHAN, | No. C 12-1107 LB |
| Plaintiff(s), | ORDER |
| v. | |
| RECON TRUST COMPANY, ET AL., | |
| Defendant(s). | |

Plaintiff, Rahila Khan filed a Motion for an Extension of Time to Amend the Complaint on July 16, 2012, ECF Docket No. 17. The court **GRANTS** the Motion for Extension of Time to Amend the Complaint. Plaintiff shall file an Amended Complaint by September 6, 2012.

**IT IS SO ORDERED.**

Dated: July 20, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-1107 LB - ORDER