# UNITED STATES  DISTRICT COURT

## Northern District of California

San Francisco Division

| | |
|---|---|
| RAHILA KHAN, | No. C 12-1107 LB |
| Plaintiff, | **ORDER CONTINUING THE JANUARY 31, 2013 INITIAL CASE MANAGEMENT CONFERENCE TO MARCH 7, 2013** |
| v. | |
| RECON TRUST COMPANY, et al., | |
| Defendants. | |

In this action, there currently is an initial case management conference set for January 31, 2013. However, in light of the parties' notification in their joint case management conference that they are working with Howard Herman of the court's ADR Unit and have another ADR phone conference set for February 25, 2013, the court believes it is appropriate to continue the January 31, 2013 initial case management conference until after their next phone conference.  Accordingly, the court **CONTINUES** the initial case management conference from January, 31, 2013 to March 7, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.  As they did this past week, the parties shall file a joint case management conference statement no later than February 28, 2013.

**IT IS SO ORDERED.**

Dated: January 28, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-1107 LB - ORDER