UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RAHILA KHAN,<br><br>            Plaintiff,<br>   v.<br>RECONTRUST COMPANY and BANK OF AMERICA, N.A., and DOES 1 THROUGH 10,<br><br>            Defendant.<br>_____/ | No. C 12-01107 LB<br><br>**Notice to Plaintiff Re Pro Bono Project Referral** |

TO PLAINTIFF RAHILA KHAN

The Court has issued a separate order referring your case to the Federal Pro Bono Project for referral to a volunteer attorney. Order of Reference to Pro Bono Project, ECF No. 47. A copy of that order has been sent to you. In the meantime, you may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982 or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you may be able to speak with an attorney who may be able to provide basic legal help but not representation. The Project also will try to arrange volunteer legal counsel for you in accordance with the Court's separate order.

A copy of the Pro Bono Project flyer is attached.

Dated: August 8, 2013

_____
LAUREL BEELER
United States Magistrate Judge

Notice (C 07-01107 LB)