UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAHILA KHAN

    Plaintiffs,

vs.

RECONTRUST COMPANY, et al.,

    Defendants.

Case Number: C12-01107 LB

**ORDER APPOINTING COUNSEL**

Because Plaintiff Rahila Khan has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Dan Roth of Dan Roth Law is hereby appointed as counsel for Ms. Khan in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

    ☒ mediation (currently before Howard Herman)

    ☐ early neutral evaluation

    ☒ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☒ discovery as follows: limited discovery that is necessary for settlement discussions and other tasks described below under "other"

    ☒ other: representing Ms. Khan with respect to her appeal regarding Select Portfolio's denial of her loan modification application; negotiating with Select Portfolio on her behalf; assisting Ms. Khan with the filing of an amended complaint that adds Select Portfolio as a defendant (if appropriate)

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: September 17, 2013

LAUREL BEELER
United States Magistrate Judge