UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RAHILA KHAN,<br><br>                    Plaintiff,<br>     v.<br><br>RECON TRUST COMPANY, et al.,<br><br>                    Defendants.<br>_____/ | No. C 12-1107 LB<br><br>**ORDER (1) CONTINUING THE FEBRUARY 27, 2014 FURTHER CASE MANAGEMENT CONFERENCE TO MARCH 27, 2014 AND (2) CONTINUING THE DEADLINE FOR CONDUCTING ADR** |

In this action, there currently is a further case management conference set for February 27, 2014. However, in light of the parties' notification in their joint case management conference that they continue to work with Howard Herman of the court's ADR Unit and have another ADR phone conference set for February 25, 2014, the court believes it is appropriate to continue the February 27, 2014 further case management conference. Accordingly, the court **CONTINUES** the further case management conference from February 27, 2014 to March 27, 2014 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. As they did this past week, the parties shall file a joint case management conference statement no later than March 20, 2014.

The parties also noted in their case management statement that the court's deadline for conducting ADR has passed. To the allow the parties to keep talking with Mr. Herman, the court continues that deadline to May 2, 2014.

C 12-1107 LB - ORDER

1  **IT IS SO ORDERED.**

2  Dated: February 24, 2014

3  _____
   LAUREL BEELER
   United States Magistrate Judge