UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RAHILA KHAN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>RECONTRUST COMPANY and BANK OF AMERICA, N.A., and DOES 1 THROUGH 10,<br><br>　　　　　　Defendant.<br>_____/ | No. C 12 1107 LB<br><br>**ORDER REFERRING RELIEVING COUNSEL** |

The court previously appointed Dan Roth to represent Plaintiff through the ADR process. That process concluded without a settlement. The court thus relieves Mr. Roth from his appointment.

**IT IS SO ORDERED.**

Dated: August 15, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 12-01107 LB)