UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RAHILA KHAN,<br><br>              Plaintiff,<br>   v.<br>RECON TRUST COMPANY, et al.,<br><br>              Defendants.<br>_____/ | No. C 12-1107 LB<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>[Re: ECF No. 73] |

On September 26, 2014—the court's deadline for seeking leave to add new parties or amend the pleadings—Mr. Khan filed a motion asking for permission to file a Second Amended Complaint. Motion, ECF No. 73. However, she failed to notice it for hearing. Accordingly, the court issues this order to make clear that the motion will be heard on November 6, 2014 at 9:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. In accordance with the deadlines set forth in Civil Local Rule 7, any opposition brief shall be filed by October 10, 2014, and reply brief shall be filed by October 17, 2014.

**IT IS SO ORDERED.**

Dated: October 6, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 12-01107 LB
ORDER