UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RAHILA KHAN, | No. C 12-01107 LB |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| v. | [Re: ECF Nos. 112-130] |
| RECONTRUST COMPANY, et al., | |
| Defendants. | |
| _____/ | |

On February 23, 2015, the court granted SPS's motion to dismiss, and granted in part and denied in part ReconTrust and Bank of America's motion to dismiss, Ms. Khan's Second Amended Complaint. The court dismissed without prejudice Ms. Khan's fraud claim against SPS and dismissed with prejudice her fraud claim against ReconTrust. The court ruled that her fraud claim against Bank of America survived. The court allowed Ms. Khan to file a Third Amended Complaint by March 9, 2015.

On March 8, 2015, Ms. Khan attempted to electronically file a Third Amended Complaint. (*See* ECF Nos. 112-130.) Rather than filing a single document, she filed numerous exhibit and portions of her Third Amended Complaint out of order and in nineteen separate entries on the court's docket. This is confusing and does not allow Defendants or the court to put together the Third Amended Complaint.

In light of Ms. Khan's struggles with the court's ECF system, and to remedy this situation, the

1  court directs Ms. Khan to print out two complete copies of her Third Amended Complaint with its
2  exhibits, put it in order, and either (1) file one at Intake in the Clerk's Office on the 16th Floor of the
3  San Francisco federal courthouse and lodge the other as a chamber's copy for the court, or (2) mail
4  both copies, and a copy of this order, to the courthouse so her it can be filed for her.  She must do
5  either of these things by March 20, 2015.  The court's address is Chambers of U.S. Magistrate Judge
6  Laurel Beeler, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco,
7  California 94102.

**IT IS SO ORDERED.**

Dated: March 9, 2015

_____
LAUREL BEELER
United States Magistrate Judge