WRIGHT, FINLAY & ZAK, LLP
Gwen H. Ribar, Esq., SBN 188024
James J. Ramos, Esq., SBN 252916
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200

Attorney for Defendant,
SELECT PORTFOLIO SERVICING, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHILA KHAN, | Case No.: 3:12-cv-1107-LB |
| Plaintiff, | *Assigned to the Honorable: Laurel Beeler* |
| v. | [PROPOSED] ORDER |
| RECONTRUST COMPANY; BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 10, | Date: April 9, 2015
Time: 11:00 a.m.
Ctrm.: C (15th Floor) |
| Defendants. | |

Upon consideration of the written request, Defendant's Application and Request to appear telephonically at the Case Management Conference set for April 9, 2015 is GRANTED.

**IT IS SO ORDERED.**

Date: March 24, 2015                              _____
                                                   The Honorable U.S. District Court Judge

-1-
ORDER